UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN, | No. 2:23-cv-1758 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| RON DESANTIS, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 28.)

On December 14, 2023, plaintiff filed a motion to correct discrepancies. (ECF No. 26.) On December 15, 2023, plaintiff filed a pleading docketed as, "Affidavit and Corrections." (ECF No. 27.) In these pleadings, plaintiff appears to correct alleged minor errors in the description of his claims in the December 8, 2023 findings and recommendations.

////

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and by proper
4 analysis.

5      Accordingly, IT IS HEREBY ORDERED that:

6      1.  The findings and recommendations filed December 8, 2023, are adopted in full; and

7      2.  This action is dismissed.

8 Dated:  January 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16  Vanh1758.804