UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>RON DESANTIS, et al.,<br><br>Defendants. | No.  2:23-cv-1758 WBS KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 2, 2024, this action was dismissed.  (ECF Nos. 29, 30.)

Pending before the court is plaintiff's motion to seal records filed March 18, 2024.  (ECF No. 31.)  For the reasons stated herein, plaintiff's motion to seal is denied.

In the pending motion, plaintiff appears to request that the court seal an order filed September 1, 2023.  (Id.)  Two orders were filed on September 1, 2023.  In the first order, the court granted plaintiff's request to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend.  (ECF No. 8.)  In the second order, the court directed the California Department of Corrections and Rehabilitation ("CDCR") to make payments from plaintiff's prison trust account toward the filing fee.  (ECF No. 9.)

In the pending motion, plaintiff does not state which of the orders filed September 1, 2023, he requests be sealed.  Plaintiff also fails to address why either of the orders filed

1

September 1, 2023, should be sealed.  In addition, this court finds no good cause to seal either of the orders filed September 1, 2023.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to seal records (ECF No. 31) is denied.

Dated:  March 21, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Van1758.den