UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>RON DESANTIS, et al.,<br><br>Defendants. | No. 2:23-cv-1758 WBS CSK P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 2, 2024, this action was dismissed.  (ECF Nos. 29, 30.)

Pending before the court is plaintiff's Motion for Due Diligence Equity, filed April 8, 2024.  (ECF No. 33.)  This pleading appears to seek reconsideration of the March 22, 2024 order denying plaintiff's motion to seal records.  (ECF No. 32.)  Although plaintiff's pending motion is addressed to the Chief Deputy Clerk of Court, this court construes plaintiff's motion to be addressed to this court.

After reviewing plaintiff's pending motion, this court finds no good cause to reconsider the March 22, 2024, order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's Motion for Due Diligence Equity (ECF No. 33), construed as a request for reconsideration of the March 22, 2024 order, is denied.

////

1

Dated: April 16, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Vanhui1758.ord

2